# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

---

No. 1D2025-1425

---

ANGEL M. COLON,

Petitioner,

v.

SEC'Y, FL. DEP'T OF CORR.,
WARDEN, L.C.I.,

Respondents.

---

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 21, 2026


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Angel M. Colon, pro se, Petitioner.

No appearance for Respondents.